IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| USMAN ALTAF MIAN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>FRANCISCO J. GARZA )<br>BETANCOURT, an individual; )<br>and RAGAR TRANSPORTATION, )<br>LTD., a corporation, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:22cv606-MHT<br>(WO) |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. 23), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of October, 2023.

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**